NUMBER 13-06-146-CR

 

                                 COURT OF
APPEALS

 

                     THIRTEENTH DISTRICT OF
TEXAS

 

                         CORPUS CHRISTI -
EDINBURG

______________________________________________________________

 

TOMMIE ARTHUR WILLIAMS,                                                         Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                    Appellee.

______________________________________________________________

 

                              On appeal from
the 24th District Court

                                         of De Witt County, Texas.

______________________________________________________________

 

                              MEMORANDUM
OPINION

                                                              

                       Before Justices
Rodriguez, Castillo, and Garza

                                 Memorandum
Opinion Per Curiam

 

                                                                              

Appellant, TOMMIE ARTHUR WILLIAMS, attempts to appeal a conviction for delivery of a controlled substance. 
The trial court has certified that this Ais a
plea-bargain case, and the defendant has NO right of appeal.@  See Tex. R. App. P. 25.2(a)(2).








On March
29, 2006, this Court notified appellant=s
counsel of the trial court=s certification and ordered counsel to: (1) review
the record; (2) determine whether appellant has a right to appeal; and (3)
forward to this Court, by letter, counsel=s
findings as to whether appellant has a right to appeal, or, alternatively,
advise this Court as to the existence of any amended certification.

On May
3, 2006, counsel filed a letter brief with this Court.  Counsel=s response does not establish (1) that the certification
currently on file with this Court is incorrect or (2) that appellant otherwise
has a right to appeal.  

The Texas Rules
of Appellate Procedure provide that an appeal must be dismissed if the trial
court=s certification does not show that the defendant has
the right of appeal.  Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, this appeal is dismissed. 
Any pending motions are denied as moot.

 

PER CURIAM

 

 

Do not publish. 
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this

the 25th day of May, 2006.